# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>USPS Priority Mail Parcel 9505 5368 9784 6932 2343 13 Addressed to "Justin Clifford, 1396 Summit St. Columbus, OH 43201-2539." | ) ) ) ) ) ) Case No. 2:19-mj-551 |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property

USPS Priority Mail Parcel 9505 5368 9784 6932 2343 13 Addressed to "Justin Clifford, 1396 Summit St. Columbus, OH 43201-2539."

located in the __Southern__ District of __Ohio__, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of 21 U.S.C. 841(a)(1) and 843(b).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Prohibited use of a communication center (U.S. Mail) |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Mohamed A. Sabrah, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-10-19

*Judge's signature*

City and state: Columbus, Ohio      Honorable Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

K. A
7/10/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF THE SEARCH OF )
)
USPS Priority Mail Parcel )
9505 5368 9784 6932 2343 13 )
Addressed to "Justin Clifford, 1396 Summit St. )
Columbus, OH 43201-2539." )

Case Number 2:19-mj-551

**Magistrate Judge**

### Affidavit in Support of Application for Search Warrant

I, Mohamed A. Sabrah, Postal Inspector, being duly sworn, depose and state as follows:

1. I have been a U.S. Postal Inspector for the U.S. Postal Inspection Service since February, 2016, enforcing federal mail and drug laws. I am currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail-related criminal investigations and have investigated cases with other federal, state, and local law enforcement agencies. I have received an additional 40-hour Prohibited Mailings training by the U.S. Postal Inspection Service

2. The U.S. Postal Inspection Service is aware that drug traffickers have been using Priority Mail, a business-oriented service offered by the U.S. Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have entered into the Priority Mail network. Inspectors routinely review shipment documents and Priority Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

3. On or about June 19, 2019, law enforcement officers from Michigan notified Inspectors in Columbus, OH of an on-going investigation, in which they identified a person using the name "Justin Clifford" located at "1396 Summit St. Columbus, OH 43201-2539" as a possible recipient of narcotics parcels through the U.S. Mail.

4. On July 9, 2019, Inspectors identified a USPS Priority Mail parcel with tracking number 9505 5368 9784 6932 2343 13, which was believed to contain narcotics due to the above mentioned information. Inspectors identified this as a suspect drug parcel based on several characteristics, including but not limited to the type of mail, origin, destination, and size.

5. On July 10, 2019, Postal Inspectors took custody of USPS Priority Mail parcel with tracking number 9505 5368 9784 6932 2343 13, addressed to "Justin Clifford, 1396 Summit St.

1

Columbus, OH 43201-2539," and bearing the return address of "Sundance Catalog, 43050 La Jolla Village Dr E. Suite 2500 San Diego, CA 92122." The parcel is a white and red USPS Small Flat Rate Priority Mail cardboard box weighing 4.3 ounces. It was mailed on July 8, 2019 from San Diego, CA 92121.

6. According to law enforcement databases, the delivery address of 1396 Summit St. Columbus, OH 43201-2539 does exist, and can be associated to Justin Clifford.

7. According to law enforcement databases, the return address of 43050 La Jolla Village Dr E. Suite 2500 San Diego, CA 92122 does exist, and is a business by the name of "Sundance Catalog". According to postal records, the postage label on the subject parcel does not match the account number issued by the postal service to Sundance Catalog.

8. I know that in the past, drug traffickers have used real names at legitimate addresses to receive parcels containing illegal narcotics, and have used non-existent addresses or addresses belonging to others for the sender/return address, in an attempt to legitimize the shipment in the event that the parcel is seized by law enforcement officers. Additionally, California is a known source area for shipment of illegal narcotics to central Ohio as well as other areas of the United States.

9. On July 10, 2019, Postal Inspectors contacted Officer Brian Carter, Columbus Police Department, who is the handler for "Odja," a drug detection dog most recently certified by the Ohio Peace Officers Training Council for the detection of cocaine, crack cocaine, heroin, and methamphetamine. K-9 "Odja" has had 200 hours of training at Gold Shield Training Kennels, Blacklick, OH, a well-established and regarded training facility for police canines. Both in training and actual deployments, K-9 "Odja" has successfully detected narcotics, demonstrating clear, positive, aggressive alerts, and establishing himself as a highly reliable police dog.

10. The subject parcel was hidden among other packages, and "Odja" was allowed to search the entire area. Officer Carter concluded that K-9 "Odja" alerted positively to the U.S. Postal Service Mail parcel with tracking number 9505 5368 9784 6932 2343 13. Based on that alert, Officer Carter concluded that the odor of one of the drugs that K-9 "Odja" is trained and certified to detect was present.

11. Based on the information contained herein, there is probable cause to believe that the USPS Priority Mail parcel bearing tracking number 9505 5368 9784 6932 2343 13 contains controlled substances and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b). Accordingly, I seek the issuance of a warrant to search the parcel for controlled substances to be seized.

_____
Mohamed A. Sabrah
United States Postal Inspector


Sworn to before me, and subscribed in my presence, this 10 day of July, 2019 at Columbus, Ohio.

_____
Honorable Chelsey M. Vascura
United States Magistrate Judge
Southern District of Ohio

3